# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1983
Lower Tribunal No. 21-CA-003973

_____

DOUGLAS HANNAH a/k/a DOUGLAS J. HANNAH,

Appellant,

v.

TONY MALKANI, DR. SUNIL MALKANI, and ACES OF NAPLES, LLC,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

August 21, 2025

PER CURIAM.

AFFIRMED. *See Melrose Ventures, LLC v. Uptempo Mktg. Corp.*, No. 6D2023-3824, 2025 WL 2088722, at *2 (Fla. 6th DCA July 25, 2025) ("[N]ew and different arguments untimely raised for the first time in motions for rehearing which were denied are unpreserved.") (citations omitted).

STARGEL, SMITH and MIZE, JJ., concur.


Christopher D. Donovan, of Donovan Appellate Law, PLLC, Bonita Springs, for Appellant.

Steven L. Brannock and Sarah C. Pellenbarg, of Brannock Berman & Seider, Tampa, for Appellees, Tony Malkani, Dr. Sunil Malkani, and Aces of Naples, LLC.

Jack J. Aiello, of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for Appellee, Tony Malkani.

Edward K. Cheffy, of Cheffy Passidomo, P.A., Naples, for Appellee, Aces of Naples, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED